UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:21 CR 322 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| DERRICK SMITH, | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

    This matter was before the court on December 22, 2022, for a final supervised release violation hearing, upon the recommendation of the Pretrial Services and Probation Officer. Defendant Derrick Smith was present and represented by Assistant Federal Public Defender Timothy Ivey. The United States was represented by Assistant United States Attorney Elizabeth Crook. The Pretrial Services and Probation Office was represented by Alfred Preston. The court reporter was Heather Newman. The defendant admitted to supervised release violations at a previous hearing, as set forth on the record, and the court finds Defendant in violation of the terms of his supervised release for the reasons stated on the open record.

    IT IS ORDERED that Defendant's supervision is continued, with the same terms and conditions as previously imposed. Mr. Smith shall also continue with his outpatient and mental health treatment as stated on the open record, and is encouraged to engage with his probation officer should he feel he needs additional support. Defendant was advised of his right to appeal.

    IT IS SO ORDERED.

                                                    /s/*SOLOMON OLIVER, JR.*
                                                    UNITED STATES DISTRICT JUDGE

December 22, 2022